# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:23-cv-00256 |
| ) | |
| NOEL LANE INVESTMENT, LLC, ) | JUDGE CAMPBELL |
| NOEL LANE ENTERPRISES, LLC, ) | MAGISTRATE JUDGE HOLMES |
| NOEL LANE ENTERPRISES, LP, ) | |
| GREGORY E. WALDRON, DAVID V. ) | |
| WALDRON, and CHARLES J. ) | |
| WALDRON, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Plaintiff's Motion for Leave to File a Motion for Partial Summary Judgment. (Doc. No. 30). Plaintiff subsequently notified the Court that Defendants do not oppose the motion. (Doc. No. 32).

Accordingly, Plaintiff's Motion (Doc. No. 30) is **GRANTED**. For clarity of the record, the Clerk is directed to separately docket the Motion for Partial Summary Judgment (Doc. No. 30-2), with the Memorandum, Statement of Undisputed Facts, and Exhibits (Doc. Nos. 30-3, 30-4, 30-5) as attachments to the Motion. Plaintiff's Motion for Partial Summary Judgment shall be deemed filed as of the date of this Order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE