IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **CYNTHIA GEORGE,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No.: 3-23-cv-00256 |
| | § | |
| v. | § | |
| | § | JUDGE CAMPBELL |
| **NOEL LANE INVESTMENTS, LLC,** | § | |
| **NOEL LANE ENTERPRISES, LLC,** | § | MAGISTRATE JUDGE HOLMES |
| **NOEL LANE ENTERPRISES, LP,** | § | |
| **GREGORY E. WALDRON, DAVID** | § | |
| **V. WALDRON, and CHARLES J.** | § | |
| **WALDRON,** | § | |
| | § | |
| Defendants. | § | |

## MOTION TO STRIKE PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COME NOW, Defendants, NOEL LANE INVESTMENTS, LLC, NOEL LANE ENTERPRISES, LLC, NOEL LANE ENTERPRISES, LP, GREGORY E. WALDRON, DAVID V. WALDRON, and CHARLES J. WALDRON, (together, "Defendants"), through undersigned counsel, respectfully submit this Motion to Strike Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Partial Summary Judgment.

**I. The Court Should Strike Plaintiff's Reply Because It Improperly Runs Afoul of United States District Court for the Middle District of Tennessee's Local Rules of Court, Rule 7.01(a)(4)**

According to the United States District Court for the Middle District of Tennessee's Local Rules of Court, Rule 7.01(a)(4), a Reply Memorandum "may be filed within seven (7) days after service of a Response, and *shall not exceed five (5) pages* without leave of court." Likewise, Chief Judge William L. Campbell's Rules of Practice and Procedure section III(C)(3) dictates that "Replies are governed by Local Rule 7.01." The case at bar currently sits in the U.S. District Court

1

for the Middle District of Tennessee and therefore any such filings in this case must comply with the aformentioned local rules.

Plaintiff's Reply to Defendant's Response to Plaintiff's Motion for Partial Summary Judgment is twenty-five pages in length in violation of the Local Rules of this Middle District. The Reply improperly exceeds the five (5) page limit for Reply Briefs as outlined in the District of Tennessee's Local Rules of Court by twenty (20) pages. Plaintiff did not obtain leave of court for their improper submission. For these reasons, Defendants respectfully request that Plaintiff's Motion be striken in its entirety.

## II. CONCLUSION

For the reasons set forth herein, the Court should strike Plaintiff's Reply in its entirety.

Dated: June 14, 2024.

        Respectfully Submitted,

        JACKSON LEWIS, P.C.

        */s/ Jennifer S. Rusie*
        Jennifer S. Rusie, BPR No. 26009
        CitySpace
        611 Commerce Street, Suite 2803
        Nashville, Tennessee 37203
        Telephone: (615) 483-5702
        jennifer.rusie@jacksonlewis.com

        *Attorneys for NOEL LANE INVESTMENTS, LLC, NOEL LANE ENTERPRISES, LLC, NOEL LANE ENTERPRISES, LP, GREGORY E. WALDRON, DAVID V. WALDRON, and CHARLES J. WALDRON*

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 14, 2024, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

   Eric G. Calhoun
   **Calhoun & Associates**
   1595 N Central Expressway
   Richardson, TX 75080
   (214) 766-8100
   Email: eric@ecalhounlaw.com

   Matthew Todd Sandahl
   **M. Todd Sandahl, Attorney at Law**
   234 1st Ave S
   Franklin, TN 37064
   (615) 794-3450
   Email: tsandahl@mtslaw.com

   *Attorneys for Plaintiff*

              */s/ Jennifer S. Rusie*
              Jennifer S. Rusie